ALEXIS WITTE, Respondent, *v.* ELIZABETH KOERNER, Appellant.

*Witte* v. *Koerner*, 152 App. Div. 935, affirmed.

(Argued October 9, 1914; decided October 23, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 10, 1912, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract for the sale of real property.

*Henry C. Burnstine* and *Benjamin Haas* for appellant.

*Alfred T. Davison* and *Daniel Underhill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GAETANO DAMATO, Appellant, *v.* OTTO KEMPNER, as City Magistrate of the City of New York, Respondent.

*People ex rel. Damato* v. *Kempner*, 163 App. Div. 966, appeal dismissed.

(Submitted October 19, 1914; decided October 23, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1914, which reversed an order of Special Term sustaining a writ of habeas corpus and discharging the relator from custody.

The motion was made upon the ground that the appellant was a fugitive from justice and also that the question involved was academic.

*James C. Cropsey, District Attorney* (*Harry G. Anderson* of counsel), for motion.

*William A. Purrington* opposed.

Motion granted and appeal dismissed.